# Schedule "A"

*Vendor Name:  ANDERSON NEWS CO.*

P.O. BOX 7886

RICHMOND　　　　　　　　　　VA　　23231

| Check Amount | Check Number | Clear Date | Check Date |
|---|---|---|---|
| $604.14 | 455721 | 10/15/2002 | 10/7/2002 |
| $765.73 | 457587 | 11/14/2002 | 11/6/2002 |
| $921.70 | 452580 | 9/11/2002 | 9/4/2002 |
| $1,773.89 | 457378 | 11/6/2002 | 10/30/2002 |
| $1,928.68 | 456049 | 10/17/2002 | 10/10/2002 |
| $2,023.98 | 457143 | 10/28/2002 | 10/22/2002 |
| $2,460.29 | 456647 | 10/22/2002 | 10/16/2002 |
| $2,548.84 | 455832 | 10/17/2002 | 10/10/2002 |
| $2,914.53 | 457862 | 11/14/2002 | 11/7/2002 |
| $3,581.57 | 452636 | 9/11/2002 | 9/5/2002 |
| $5,157.88 | 452581 | 9/11/2002 | 9/4/2002 |

Sum:　$24,681.23